**Motion Granted and Order Filed November 10, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00581-CR
NO. 14-15-00582-CR
NO. 14-15-00583-CR

_____

**LUIS EDUARDO LARA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause Nos. 14CR2148, 14CR2149, 14CR2150**

## ORDER

Appellant has filed a motion in which he requests that we order the court reporter to supplement the reporter's record with the exhibits admitted at trial. The motion is **GRANTED**. Accordingly, we order Carol Castillo, the deputy official court reporter, to file a supplemental reporter's record containing all exhibits admitted at trial on or before **December 7, 2015**.

Appellant's brief is due 30 days after the supplemental reporter's record is filed. *See* Tex. R. Civ. P. 38.6(a)(2).

PER CURIAM